IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SAMUEL DAVIS, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM MARTIN SUMMLER, an )<br>individual, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:13cv840-MHT<br>(WO) |

**JUDGMENT**

Having considered the plaintiff's motion to dismiss with prejudice defendant Martin Truck Leasing Company, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I) & 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that the motion (doc. no. 67) is granted and that all of the plaintiff's claims against defendant Martin Truck Leasing Company, LLC are dismissed with prejudice, with costs taxed as paid.

Furthermore, having considered defendant National Continental Insurance Company's motion to dismiss with prejudice its crossclaims against all defendants, and

pursuant to Fed. R. Civ. P. 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that the motion (doc. no. 72) is granted and that all of defendant National Continental Insurance Company's crossclaims are dismissed with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of September, 2015.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**